IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

CASE NO.: 3: 13-bk-5446-PMG
Chapter 13

IN RE:
BOBBY SEAK
SOKRATANA SEAK
                Debtors

### NOTICE OF CANCELING HEARING NOTICED FOR NOVEMBER 26, 2013 AND RE-NOTICING IT FOR MARCH 11, 2014 AT 9:30 A.M. ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE INFORMATION

PLEASE TAKE NOTICE that a preliminary hearing on the Trustee's Motion to Dismiss for Failure to Provide Information previously noticed for November 26, 2013 at 9:30 a.m. is hereby canceled and the hearing has been re-scheduled to be held before the Honorable Paul M. Glenn in Room 4A, United States Courthouse, 300 North Hogan Street, 4th Floor, Jacksonville, Florida 32202 on **MARCH 11, 2014 at 9:30 A.M.** or as soon thereafter as may be heard.

1. The hearing may be continued upon announcement made in open court without further notice.
2. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.
3. **APPROPRIATE ATTIRE:** You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court shall dress in appropriate attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.
4. Due to heightened security procedures, persons must arrive early and present photo identification to enter the courthouse.

PLEASE GOVERN YOURSELF ACCORDINGLY

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By */s/ Marsha M. Brown*
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar #650064
John J. Freeman, Jr. Attorney for Trustee
Florida Bar #58618
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone    (904)358-6465
FAX    (904)634-0038
attorneys@ch13jaxfl.com

### CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on this October 25, 2013 on all interested parties as listed on the attached mailing matrix.

*/s/   Marsha M. Brown*

```
Label Matrix for local noticing      SPECIALIZED LOAN SERVICING, LLC       Bobby Seak
113A-3                                Law Office of Daniel C Consuegra     12241 Bittercreek Lane
Case 3:13-bk-05446-PMG                9204 King Palm Drive                 Jacksonville, FL 32225-5336
Middle District of Florida            Tampa, FL 33619-1328
Jacksonville
Fri Oct 25 10:29:53 EDT 2013

Sokratana Kem Seak                    ARS National Services                American InfoSource LP as agent for
12241 Bittercreek Lane                P.O. Box 463023                      Midland Funding LLC
Jacksonville, FL 32225-5336           Escondido, CA 92046-3023             PO Box 268941
                                                                           Oklahoma City, OK  73126-8941

Asset Acceptance LLC                  Asset Acceptance, LLC                (p)BANK OF AMERICA
assignee  WACHOVIA CARD SERVICES      P.O. Box 2036                        PO BOX 982238
PO Box 2036                           Warren, MI 48090-2036                EL PASO TX 79998-2238
Warren, MI 48090-2036

Bank of America, N.A.                 CSC Logic Inc.                       Cavalry Portfolio Services
P.O. Box 23500                        P.O. Box 975658                      500 Summit Lake Dr.
Greensboro, NC 27420-3500             Dallas, TX 75397-5658                Valhalla, NY 10595-2322

Chase Bank                            Citi Financial, Inc.                 Citibank, N.A.
P.O. Box 15298                        605 Munn Rd.                         P.O. Box 6497
Wilmington, DE 19850-5298             Fort Mill, SC 29715-8421             Sioux Falls, SD 57117-6497

City of Jacksonville                  Comenity Bank                        Convergent Outsourcing
117 West Duval Street Ste. 480        P.O. Box 182125                      10750 Hammerly Blvd. # 300
Jacksonville, FL 32202-5721           Bankruptcy Department                Houston, TX 77043-2318
                                      Columbus, OH 43218-2125

Dept. of Ed./Nelnet                   Deutsche Bank National Trust Co.     DirecTV
121 S. 13th St.                       Specialized Loan Servicing LLC       P.O. Box 78626
Lincoln, NE 68508-1904                8742 Lucent Blvd, Suite 300          Georgetown, TX 78626
                                      Highlands Ranch, CO 80129-2386

Diverse Funding Associates            Duval County Tax Collector           Flagship Credit Acceptance
352 Sonwil Drive                      231 Forsyth St.  #130                P.O. Box 2070
Buffalo, NY 14225-5520                Jacksonville FL 32202-3380           Coppell, TX 75019-8070

Florida Default Law Group             Florida Dept. of Revenue             GECRB/Belk
P.O. Box 25018                        Bankruptcy Unit                      P.O. Box 965082
Tampa, FL 33622-5018                  P.O. Box 6668                        Orlando, FL 32896-0001
                                      Tallahassee, FL 32314-6668

GECRB/Dilliards                       GECRB/Lowes                          HSBC Bank
P.O. Box 965024                       P.O. Box 965005                      P.O. Box 30253
Orlando, FL 32896-5024                Orlando, FL 32896-5005               Salt Lake City, UT 84130-0253
```

| | | |
|---|---|---|
| Innovative Credit Solutions<br>2900 Bristol Street<br>Costa Mesa, CA 92626-5945 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | LVNV Funding LLC<br>625 Pilot Road, Suite 3<br>Las Vegas, NV 89119-4485 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Mandarin Family Medicine<br>12276 - 210 San Jose Blvd.<br>Jacksonville, FL 32223 | Midland Credit Mgmt.<br>8875 Aero Dr. Ste. 200<br>San Diego, CA 92123-2255 |
| Midland Funding LLC<br>8875 Aero Dr.<br>Suite 200<br>San Diego, CA 92123-2255 | Nelnet obo US Department of Education<br>3015 South Parker Road Suite 400<br>Aurora, CO 80014-2904 | Ocwen Loan Servicing<br>P.O. Box 24718<br>West Palm Beach, FL 33416-4718 |
| Portfolio Recovery Associate<br>120 Corporate Blvd. Ste. 100<br>Norfolk, VA 23502-4962 | Preferred Recovery Services<br>P.O. Box 219<br>Laconia, NH 03247-0219 | Regional Adjustment Bureau<br>1900 Charles Bryan<br>Suite 110<br>Cordova, TN 38016-5167 |
| Sokhom Kem<br>5376 Oxford Drive<br>Jacksonville, FL 32258 | Specialized Loan Servicing<br>P.O. Box 636005<br>Littleton, CO 80163-6005 | Specialized Loan Servicing<br>c/o Smith, Hiatt & Diaz, PA<br>P.O. Box 11438<br>Fort Lauderdale, FL 33339-1438 |
| The CBE Group<br>131 Tower Park Drive<br>P.O. Box 900<br>Waterloo, IA 50704-0900 | Toyota Motor Credit Corporation (TMCC)<br>PO BOX 8026<br>Cedar Rapids, Iowa 52408-8026 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| Vion Holdings LLC<br>400 Interstate North Parkway<br>Suite 800<br>Atlanta, GA 30339-5027 | Vision Financial Collection<br>P.O. Box 460260<br>Saint Louis, MO 63146-7260 | Wells Fargo Bank, N.A.<br>P.O. Box 5445<br>Portland, OR 97228-5445 |
| Wells Fargo, N.A.<br>P.O. Box 5445<br>Portland, OR 97228 | United States Trustee - JAX 13/7 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2217 | Douglas W. Neway +<br>P O Box 4308<br>Jacksonville, FL 32201-4308 |
| Ryan G. Moore +<br>Wendell Finner, P.A.<br>340 Third Avenue South<br>Suite A<br>Jacksonville Beach, FL 32250-6767 | Dessa Willson +<br>Daniel C. Consuegra, P.L.<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 982235
El Paso, TX 79998

Lexus Financial Services
P.O. Box 8026
Cedar Rapids, IA 52409

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

(u)Northland Group, Inc.
P.O. Box 390905

End of Label Matrix
Mailable recipients    56
Bypassed recipients     2
Total                  58