IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                )
                                      )
Bobby Seak and                        )
Sokratana Kem Seak                    )
                                      )    Case No.:3:13-bk-05446-PMG
Debtors                               )
                                      )    Chapter 13
                                      )
_____)

## ORDER GRANTING MOTION TO RESCHEDULE
## MAY 13, 2014 HEARING

This case is before the Court upon the Motion of Debtors to reschedule the confirmation hearing. Good cause having been shown, it is

**ORDERED:**

1. The Motion is granted.

2. The confirmation hearing currently scheduled for MAY 13, 2014 at 9:30 A.M. at the United States Courthouse, 300 N. Hogan Street, 4th Floor, Courtroom 4A, Jacksonville, Florida 32202 be and is RESCHEDULED. The rescheduled hearing will commence in Fourth Floor courtroom 4A at the following date and time: _October 14, 2014 @ 9:30 am_

_May 5, 2014_                         _Paul M. Glenn_
Date                                  Paul M. Glenn
                                      United States Bankruptcy Judge

Attorney Ryan G. Moore is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.