**WEINSTEIN, PINSON AND RILEY, PS**
2001 WESTERN AVENUE, STE 400
SEATTLE, WA  98121
Telephone: (877) 332-3543

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re:<br>Bobby Seak<br>　　　　Debtor.<br><br><br>SSN # XXX-XX-7453 | Chapter 13<br>CASE NO. 13-05446<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM #7 |

TO: Attorney for the Debtor: Ryan G Moore
TO: Clerk of the Court
　　1. A proof of claim was electronically filed on behalf of Antio, LLC, for account # **XXXXXXXXXXX2874**, in the amount of $5091.23 docketed by the court on **November 18, 2013**, claim number 7.
　　2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:　　September 23, 2014

　　　　　　　　　　　　　　　　　　　　**WEINSTEIN, PINSON AND RILEY, PS**

　　　　　　　　　　　　　　　　　　　　/s/ Max Zaleski
　　　　　　　　　　　　　　　　　　　　Max Zaleski, Supervisor
　　　　　　　　　　　　　　　　　　　　2001 WESTERN AVENUE, STE 400
　　　　　　　　　　　　　　　　　　　　SEATTLE, WA  98121
　　　　　　　　　　　　　　　　　　　　Telephone: (877) 332-3543

　　　　　　　　　　　　Representing:　Antio, LLC